■ Leon Goldenberg, Appellant, v. Earl M. Dudley, Defendant, and Aaron M. Brown et al., Respondents.— Judgment so far as appealed from unanimously affirmed, with costs to respondent Aaron M. Brown. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Louis Shomberg [Indicted as Henry Goldberg], Appellant.— Order, entered on October 30, 1961, unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ. [32 Misc 2d 228.]

■ In the Matter of Abraham Ackerman, Appellant, v. Max J. Rubin et al., Constituting the Board of Education of the City of New York, et al., Respondents.— Order, entered on August 21, 1962, unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, Stevens and Steuer, JJ. [35 Misc 2d 707.]

■ The People of the State of New York, Respondent, v. Ernest Hockett, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ John C. Delaney, as Administrator, C. T. A. of the Estate of John R. Jones, Deceased, Respondent, v. Howard B. Kreitsek, Appellant.— Order and judgment unanimously affirmed, with costs to respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Eloy Serrano, Appellant.— Order, entered on June 12, 1961, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ The People of the State of New York, Respondent, v. Irving Perez, Appellant.— Order, entered on January 18, 1962, unanimously affirmed. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of Alice McGartland, Appellant, v. Robert E. Herman, as State Rent Administrator, Respondent.— Order, entered on February 7, 1962, unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Concur — Rabin, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ In the Matter of Herman I. Zacharia et al., and Undergarment and Negligee Workers Union, Local 62, I. L. G. W. U.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ Jack Borgenicht, Inc., v. Tonel Fabrics Corp.— Application denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ Samuel Miller v. Inter-City Transportation Co., Inc.— Application denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ Madison 52nd Corporation v. Colbee 52nd Street Corporation.— Application granted. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ The People of the State of New York v. John Charles Greulich.— Motion to withdraw appeal dismissed. That branch of the motion seeking reassignment of court-appointed counsel is in all respects denied. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.